**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

---

CATHERINE VITALE,

            **Plaintiff,**                     **NOTICE OF REMOVAL**

    **v.**                            **Civil Action No.:  4:20-CV-40034**

WEGMANS FOOD MARKETS, INC.
(D/B/A WEGMANS MASSACHUSETTS, INC.),

            **Defendant.**

---

**TO:**    **CLERK, UNITED STATES DISTRICT COURT**
        **FOR THE DISTRICT OF MASSACHUSETTS**

        **PLEASE TAKE NOTICE** that Defendant Wegmans Food Markets, Inc. ("Wegmans"), by and through its attorneys, Harter Secrest & Emery LLP, hereby invokes this Court's subject matter jurisdiction and removes the state court action described below from the Trial Court of Massachusetts, Worcester County Superior Court, where the action is now pending, to the United States District Court for the District of Massachusetts.

**NATURE OF ACTION AND PROCEDURAL HISTORY**

        1.     Plaintiff Catherine Vitale commenced this action by filing a Summons and Complaint in the Trial Court of Massachusetts, Worcester County Superior Court, on February 19, 2020 (Civil Docket No. 2085CV00202).

        2.     Vitale served the Summons and Complaint and the Superior Court's Civil Tracking Order on February 28, 2020.  All of the papers served on Wegmans are attached as **Exhibit A**.

3.      The Complaint set forth causes of action for disability discrimination and retaliation under Massachusetts General Laws ch. 151B, § 4, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, *et seq.* ("Title VII").  Complaint (Exh. A), ¶¶ 1-2, 57-60.

### PROPRIETY OF AND BASIS FOR REMOVAL

4.      The Court has subject matter jurisdiction over this matter because Plaintiff alleges a violation of Title VII, and thus a federal question over which the Court has subject matter jurisdiction pursuant to 28 U.S.C. Sections 1331 and 1343 and 42 U.S.C. Section 2000e-5(f)(3).

5.      The Court may exercise supplemental jurisdiction under 28 U.S.C. Section 1367(a) because Vitale's state law claim is "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy."

6.      Venue is proper in the District of Massachusetts, Central Division, as this is the District embracing the place where the state court proceeding is pending, where the defendant resides, and where a substantial part of the events alleged in the Complaint occurred.

7.      The above-entitled action, therefore, may be removed to this Court pursuant to 28 U.S.C. § 1441.

8.      This Notice of Removal is filed with this Court within thirty (30) days after receipt by Wegmans, through service, of the Summons and Complaint.

9.      A copy of all process, pleadings, and orders served upon Wegmans in the state court proceeding have been filed with this Notice (*see* Exh. A).

10.      Promptly after filing this Notice of Removal, Wegmans will give written notice of the filing of this Notice of Removal to Vitale's attorney as required by 28 U.S.C. Section 1446(d).

11.     Promptly after filing this Notice of Removal, Wegmans will file a copy of this Notice of Removal with the Clerk of the Trial Court of Massachusetts, Worcester County Superior Court, as required by 28 U.S.C. Section 1446(d).

12.     Pursuant to Local Rules 5.4(f) and 81.1(a), within twenty-eight (28) days of filing this Notice of Removal, Wegmans will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court.

13.     Notwithstanding this Notice of Removal, Wegmans does not waive any defenses to Vitale's claim(s), nor does Wegmans concede that Vitale has adequately pled any claims upon which relief may be granted.

**WHEREFORE**, Defendant Wegmans Food Markets, Inc. respectfully requests that the above-entitled action be removed from the Trial Court of Massachusetts, Worcester County Superior Court, to the U.S. District Court for the District of Massachusetts.

DATED:        Rochester, New York
              March 19, 2020

**Wegmans Food Markets, Inc.,
by its attorneys**

/s/ Julia E. Green
Julia E. Green BBO# 658730
Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604-2711
Telephone: (585) 231-1191
Email: jgreen@hselaw.com

**CERTIFICATE OF SERVICE**

I, Julia E. Green, hereby certify that on March 19, 2020, a true copy of this Notice of Removal was served on the following parties/attorneys by mailing same via First Class U.S. Mail, postage prepaid:

Darren T. Griffis, Esq.
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street
Worcester, Massachusetts 01609

*Counsel of Record for Plaintiff Catherine Vitale*

/s/ Julia E. Green
Julia E. Green