UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**CATHERINE VITALE,**

        **Plaintiff,**

v.                                         **Civil Action No.:**
                                                  **4:20-CV-40034-TSH**

**WEGMANS FOOD MARKETS, INC.**
**(d/b/a Wegmans Massachusetts, Inc.),**

        **Defendant.**

_____

## JOINT RULE 16.1 STATEMENT

Pursuant to Local Rule 16.1, Federal Rule of Civil Procedure 16(b), and the Court's May 27, 2020 Notice of Scheduling Conference (Dkt. 11), counsel for Plaintiff, Catherine Vitale, and counsel for Defendant, Wegmans Food Markets, Inc., have conferred and submit this Proposed Scheduling Order:

1.     **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by July 13, 2020.

2.     **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 13, 2020.

3.     **Fact Discovery - Interim Deadlines.**

        a.     All requests for production of documents and interrogatories must be served by November 30, 2020.

        b.     All requests for admission must be served by December 28, 2020.

    c.    All depositions, other than expert depositions, must be completed by April 2, 2021.

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by April 2, 2021.

5. **Status Conference.** A status conference will be held on a date selected by the Court.

6. **Expert Discovery.**

    a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 3, 2021.

    b. Plaintiff's trial experts must be deposed by June 4, 2021.

    c. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 2, 2021.

    d. Defendants' trial experts must be deposed by August 6, 2021.

7. **Dispositive Motions.**

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by September 17, 2021.

    b. Oppositions to dispositive motions must be filed within sixty (60) days after service of the motion.

    c. Reply papers regarding dispositive motions must be filed within fifteen (15) days after service of the opposition papers.

8. **Initial Pretrial Conference.** An initial pretrial conference will be held at a date and time to be set by the Court. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

**DATED:** **June 23, 2020**

| CATHERINE VITALE<br>by her attorney | WEGMANS FOOD MARKETS, INC.,<br>by its attorneys |
|---|---|
| /s/ Darren T. Griffis, Esq.<br>Darren T. Griffis, Esq. (BBO# 675627)<br>griffis@gskandg.com<br>Glickman, Sugarman, Kneeland & Gribouski<br>11 Harvard Street<br>Worcester, Massachusetts 01609<br>Telephone: (508) 756-6206<br>Facsimile: (508) 831-0443 | /s/ Robert C. Weissflach, Esq.<br>Robert C. Weissflach, Esq. admitted *pro hac vice*<br>rweissflach@hselaw.com<br>Harter Secrest & Emery LLP<br>50 Fountain Plaza, Suite 1000<br>Buffalo, New York 14202<br>Telephone: (716) 844-3707<br>Facsimile: (716) 853-1617 |

**CERTIFICATION REGARDING CONSULTATION CONCERNING
LITIGATION BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Catherine Vitale and her counsel affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined by L.R. 16.4.

DATED:      June 23, 2020

/s/ Darren T. Griffis, Esq.                             /s/ Catherine Vitale
Darren T. Griffis, Esq. (BBO# 665682)     Catherine Vitale
griffis@gskandg.com
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street
Worcester, Massachusetts 01609
Telephone: (508) 756-6206
Facsimile: (508) 831-0443

**CERTIFICATION REGARDING CONSULTATION CONCERNING
LITIGATION BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

Defendant Wegmans Food Markets, Inc. and its counsel affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined by L.R. 16.4.

DATED:   June 23, 2020

/s/ Robert C. Weissflach, Esq.  
Robert C. Weissflach, Esq., admitted *pro hac vice*  
rweissflach@hselaw.com  
Harter Secrest & Emery LLP  
50 Fountain Plaza, Suite 1000  
Buffalo, New York 14202  
Telephone: (716) 844-3707  
Facsimile: (716) 853-1617  
Email: rweissflach@hselaw.com  

/s/ Ellen J. Lynch  
Ellen J. Lynch  
Director of Labor and Employment Law  
Wegmans Food Markets, Inc.

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

      I, Robert C. Weissflach, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2020.

                                              /s/ Robert C. Weissflach
                                              Robert C. Weissflach